1  PHILLIP C. SAMOURIS, ESQ. (Bar No. 140369)
   Samouris@higgslaw.com
2  CHRISTINA G. BOBB, ESQ. (Bar No. 259430)
   cbobb@higgslaw.com
3  HIGGS FLETCHER & MACK LLP
   401 West "A" Street, Suite 2600
4  San Diego, CA 92101-7913
   TEL: 619.236.1551
5  FAX: 619.696.1410

6  Attorneys for Plaintiff
   CROSSFIT, INC., a Delaware corporation
7
   DANIEL Y. ZOHAR, ESQ. (Bar No. 177866)
8  DZohar@zoharlawfirm.com
   ZOHAR LAW FIRM, P.C.
9  601 S. Figueroa Street, Suite 2675
   Los Angeles, CA 90017
10 TEL: 213.689.1300
   FAX: 213.689.1305
11
   Attorneys for Defendant
12 PAU HANA SURF SUPPLY

13

14              UNITED STATES DISTRICT COURT

15              SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 16  CROSSFIT, INC., a Delaware corporation, | CASE NO. 3:13-CV-00129-WQH KSC |
| 17                        Plaintiff, | **JOINT MOTION TO DISMISS CASE WITH RETENTION OF JURISDICTION** |
| 18  v. | |
| 19  PAU HANA SURF SUPPLY, a business entity of unknown origin, | |
| 20  | |
| 21                        Defendant. | District Judge: Hon. William Q. Hayes |
| 22  | Magistrate Judge: Karen S. Crawford |
| 23  | CASE FILED: January 15, 2013 |

24

25     **PLEASE TAKE NOTICE** that Plaintiff CROSSFIT, INC. ("Plaintiff"), and

26 defendant PAU HANA SURF SUPPLY LLC ("Defendant"), pursuant to the terms

27 of their settlement, respectfully inform the Court as follows:

28

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

Case No. 3:13-cv-00129-WQH KSC
JOINT MOTION TO DISMISS CASE WITH RETENTION
OF JURISDICTION

1. All outstanding matters related to this case are resolved and the case should be dismissed and all dates vacated.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the parties' settlement, Plaintiff and Defendant jointly request as follows:

2. That the Court enter the [Proposed] Order Re: Dismissal Of Case With Retention Of Jurisdiction attached hereto, which includes a provision whereby the Court retains jurisdiction over Plaintiff and Defendant until **December 31, 2016** for the purpose of enforcing the parties' settlement agreement.

IT IS SO STIPULATED AND REQUESTED.

DATED: November 4, 2013     HIGGS FLETCHER & MACK LLP


By: /s/*Phillip C. Samouris*
PHILLIP C. SAMOURIS, ESQ.
CHRISTINA G. BOBB, ESQ.
Attorneys for Plaintiff
CROSSFIT, INC., a Delaware corporation

DATED: November 4, 2013     ZOHAR LAW FIRM, P.C.


By: /s/*Daniel Y. Zohar*
DANIEL Y. ZOHAR, ESQ.
Attorneys for Defendant
PAU HANA SURF SUPPLY

///
///
///
///
///
///

## CERTIFICATION OF APPROVAL OF CONTENT

I, Phillip C. Samouris, counsel for CrossFit, Inc. in the above-entitled matter, hereby certify that the required parties have approved and accepted the content of the Joint Motion to Dismiss Case With Retention of Jurisdiction, and that I have obtained authorization from Daniel Y. Zohar, Esq., counsel for Defendant Pau Hana Surf Supply, for his electronic signature on the Joint Motion to Dismiss Case With Retention of Jurisdiction.

DATED: November 4, 2013                    HIGGS FLETCHER & MACK LLP


By: */s/Phillip C. Samouris*
    PHILLIP C. SAMOURIS, ESQ.
    CHRISTINA G. BOBB, ESQ.
    Attorneys for Plaintiff
    CROSSFIT, INC., a Delaware corporation

1157242.2

HIGGS FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

3

Case No. 3:13-cv-00129-WQH KSC
JOINT MOTION TO DISMISS CASE WITH
RETENTION OF JURISDICTION

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROSSFIT, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PAU HANA SURF SUPPLY, a business entity of unknown origin,<br><br>Defendant. | CASE NO. 3:13-CV-00129-WQH KSC<br><br>[PROPOSED] ORDER RE: DISMISSAL OF CASE WITH RETENTION OF JURISDICTION<br><br><br>District Judge: Hon. William Q. Hayes<br><br>Magistrate Judge: Karen S. Crawford<br><br>CASE FILED: January 15, 2013 |

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

Case No. 3:13-cv-00129-WQH KSC
[PROPOSED] ORDER RE: DISMISSAL OF CASE WITH
RETENTION OF JURISDICTION

The Court, having read and considered the JOINT MOTION TO DISMISS CASE WITH RETENTION OF JURISDICTION, and good cause appearing,

IT IS HEREBY ORDERED that all dates in the case are vacated; and

IT IS HEREBY FURTHER ORDERED that the Court shall retain jurisdiction over defendant PAU HANA SURF SUPPLY LLC, a California limited liability company ("Defendant"), and plaintiff CROSSFIT, INC. ("Plaintiff") until **December 31, 2016** for the purpose of enforcing the parties' settlement agreement.

IT IS SO ORDERED.

DATED: _____

Honorable William Q. Hayes
United States District Judge

Presented By:

HIGGS FLETCHER & MACK LLP

By: /s/Phillip C. Samouris
PHILLIP C. SAMOURIS, ESQ.
CHRISTINA G. BOBB, ESQ.
Attorneys for Plaintiff
CROSSFIT, INC., a Delaware corporation

DATED: November 4, 2013

1157250.1

HIGGS FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

2

Case No. 3:13-cv-00129-WQH KSC
[PROPOSED] ORDER RE: DISMISSAL OF CASE WITH RETENTION JURISDICTION